IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERESA J. WATZKE,

                  ORDER

        Plaintiff,

  v.                  13-cv-603-bbc

CAROLYN COLVIN
Commissioner of Social Security,

        Defendant.

---

   This is an action for judicial review of an adverse decision of the Commissioner of Social Security brought pursuant to 42 U.S.C. § 405(g). On November 12, 2013, this court issued a briefing schedule allowing plaintiff Teresa Watzke until December 12, 2013 to submit a brief in support of her petition for review of the Commissioner's decision. On November 27, 2013 the briefing schedule was returned to the court and resent to plaintiff on the same day. It is now January 10, 2014 plaintiff has not yet filed her brief.

   Because plaintiff is proceeding *pro se* and may not have understood what she was to file, I will allow her an extension of time until February 7, 2014 to file her brief. In her brief, plaintiff does not need to make legal arguments or cite to any legal authority, but she must explain to the court the specific reasons why she thinks the administrative law judge wrongly decided her claim for social security benefits. In addition, plaintiff should review the administrative law judge's decision and point out those findings that she disagrees with, citing to evidence in the administrative record that supports her position.

   If plaintiff fails to submit her brief in support of her claim by February 7, 2014, this action will be dismissed for her failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Teresa Watzke may have until February 7. 2014 to submit a brief in support of her claim that she is entitled to receive disability benefits. Failure to submit this brief will result in dismissal of this action for failure to prosecute.

The government shall have until March10, 2014 to submit an answering brief.

Plaintiff may have until March 25, 2014 to submit a reply brief.  Submission of this reply brief is optional.

Entered this 10th day of January, 2014

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge