IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERESA WATZKE,

                                                                                                  ORDER

                Plaintiff,

                                                                                                 13-cv-603-bbc

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Carolyn Colvin has filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

       On remand, plaintiff Teresa Watzke will be provided with the opportunity for a hearing and to submit additional evidence and arguments. Additionally, on remand, the Administrative Law Judge will: (1) reevaluate the medical evidence, including opinions of record, related to plaintiff's mental impairments; (2) further assess plaintiff's residual functional capacity on a function-by-function basis; (3) if necessary, obtain supplemental testimony from a vocational expert; and (4) issue a new decision.

ORDER

       IT IS ORDERED that this case is REMANDED to the Commissioner for further

action as outlined above.

    Entered this 15th day of May, 2014.

                                    BY THE COURT:

                                    /s/
                                    BARBARA B. CRABB
                                  District Judge