IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERESA J. WATZKE,

    Plaintiff,                                          JUDGMENT IN A CIVIL CASE

v.                                                                                  13-cv-603-bbc

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner for further action, under sentence four of Section 205(g) of the Social Security Act.

| /s/ | 5/16/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |